1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

5/7/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   STEVEN PHILLIP          )   Case No. ED CV 12-114-MWF (SP)
     VELDERRAIN,             )
12                           )
13              Petitioner,  )   **ORDER ACCEPTING FINDINGS AND**
                             )   **RECOMMENDATION OF UNITED**
14        v.                 )   **STATES MAGISTRATE JUDGE**
                             )
15   TIMOTHY BUSBY, Warden,  )
                             )
16              Respondent.  )
                             )
17   _____

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.

20   Further, the Court has engaged in a de novo review of those portions of the Report to

21   which petitioner has objected.  The Court accepts the findings and recommendation

22   of the Magistrate Judge.

23        IT IS THEREFORE ORDERED that Judgment will be entered denying the

24   Petition and dismissing this action with prejudice.

25

26   DATED:  May 7, 2015        _____

27                              HONORABLE MICHAEL W. FITZGERALD
                                UNITED STATES DISTRICT JUDGE
28