JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/7/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PHILLIP VELDERRAIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TIMOTHY BUSBY, Warden,<br><br>　　　　Respondent. | Case No. ED CV 12-114-MWF (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 7, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE